

**Payroll History Report**
Pay Date Range 01/24/20 - 01/24/20
Selected by Employee

RONICA L

| Hours | Gross |
|---|---|
| 72.0000 | 1,493.28 |
| 8.0000 | 239.28 |
| 8.0000 | 159.52 |
| 240.0000 | .00 |
| 24.0000 | .00 |
| 352.0000 | $1,892.08 |

| Withholdings and Deductions | | Gross Base |
|---|---|---|
| Gross | 1,892.08 | |
| Federal Tax | 190.38 | 1,747.54 |
| FICA | 114.21 | 1,842.14 |
| FRANKLIN TWP | 18.42 | 1,842.14 |
| LST UNIONTOWN CITY | 2.00 | 1,892.08 |
| MEDICARE | 26.71 | 1,842.14 |
| PA STATE TAX | 56.55 | 1,842.14 |
| PA Unemployment | 1.14 | 1,892.08 |
| Dental | 12.61 | .00 |
| Health Insurance Standard 26 | 33.84 | .00 |
| Life Insurance | 7.10 | .00 |
| MANDATORY RETIREMENT | 94.60 | 1,892.08 |
| SHORT TERM DISABILITY | 20.25 | .00 |
| UMWA PRISON | 28.98 | .00 |
| Vision | 3.49 | .00 |
| Net | $1,281.80 | |

| Benefits | Amount |
|---|---|
| Health Insurance Standard 26 | 342.12 |
| Total | $342.12 |

| Direct Deposits | Amount |
|---|---|
| PNC BANK | 1,281.80 |
| Total | $1,281.80 |
| Check | $0.0 |