**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 20-21541-CBM |
| Veronica Louise Hill, | ) |
| **Debtors,** | ) **Chapter** 13 |
| Standing Chapter 13 Trustee and | ) |
| Veronica Louise Hill | ) **Related Document No.** 20-19 |
| **Movants,** | ) |
| **vs.** | ) |
| County of Fayette, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Notification of Debtor's Social Security Number
and the Wage Attachment Order dated July 6, 2020**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 6, 2020.

**Service by First Class Mail**:
County of Fayette, ATTENTION: Payroll Department, 61 East Main Street, Uniontown, PA  15401
Veronica L. Hill, 1077 Flatwoods Road, Vanderbilt, PA 15486

**Service by NEF**:
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** July 6, 2020          /s/ David Z. Valencik
                                         **David Z. Valencik, PA I.D. #308361**
                                         dvalencik@c-vlaw.com

                                         **CALAIARO VALENCIK
                                         938 Penn Avenue, Suite 501
                                         Pittsburgh, PA  15222-3708
                                         (412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **) Bankruptcy No.** 20-21541-CBM |
| Veronica Louise Hill, | **)** |
| **Debtor.** | **) Chapter** 13 |

### NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

Name of employer or other party subject to wage attachment: **County of Fayette**

Debtor's name:  **Veronica Louise Hill**

Debtor's nine digit social security number: **xxx-xx-3827** (full number on Notification to Employer)

Debtor's address: **1077 Flatwoods Road, Vanderbilt, PA 15486**

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the debtor's wages. The debtor's Social Security number is being provided to assist in complying with the court order.

**NOTE: BECAUSE THIS NOTICE DISCLOSES THE DEBTOR'S FULL SOCIAL SECURITY NUMBER, IT IS TO BE MAILED TO THE EMPLOYER BUT SHALL NOT BE FILED WITH THE BANKRUPTCY COURT.**


**Date:** July 6, 2020          /s/ David Z. Valencik
                     **David Z. Valencik, PA I.D. #308361**
                     dvalencik@c-vlaw.com

                     **CALAIARO VALENCIK**
                     **938 Penn Avenue, Suite 501**
                     **Pittsburgh, PA  15222-3708**
                     **(412) 232-0930**