**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) **Bankruptcy No.** 20-21541-CMB |
| Veronica Louise Hill, | ) |
| **Debtors,** | ) **Chapter** 13 |
| Standing Chapter 13 Trustee and | ) |
| Veronica Louise Hill | ) **Document No.** 19 |
| **Movants,** | ) |
| vs. | ) |
| County of Fayette, | ) |
| **Respondent.** | ) |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

> County of Fayette
> ATTENTION: Payroll Department
> 61 East Main Street
> Uniontown, PA  15401

shall deduct from that income the sum of **$430.00 BI-WEEKLY**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR
> CHAPTER 13 TRUSTEE, W.D.PA.
> P.O. BOX 84051
> CHICAGO, IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this  6th  day of  July , 2020.

_____
Carlota M. Böhm, Chief Judge
United States Bankruptcy Judge

FILED
7/6/20 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Veronica Louise Hill  
    Debtor

Case No. 20-21541-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jul 06, 2020  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
db          +Veronica Louise Hill,  1077 Flatwoods Road,   Vanderbilt, PA 15486-1205
            +County of Fayette,   atten: Payroll,   61 East Main Street,   Uniontown, PA  15401,
             US 15401-3514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            +E-mail/Text: lconard@fayettepa.org Jul 07 2020 04:51:35    County of Fayette,   atten: Payroll,
             61 East Main Street,   Uniontown, PA  15401,   US 15401-3514
                                                                                                                        TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:
         David Z. Valencik    on behalf of Debtor Veronica Louise Hill dvalencik@c-vlaw.com,
     cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
         James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         Mark B. Peduto    on behalf of Debtor Veronica Louise Hill mpeduto@c-vlaw.com,
     jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                         TOTAL: 5