## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-21541-CMB |
| Veronica Louise Hill, | : | |
|     Debtor | : | Chapter 13 |
| Veronica Louise Hill, | : | |
| Movant, | : | Related Document No. 39-38 |
|     v. | : | |
| PNC Bank, N.A., | : | |
| Respondent. | : | Document No. |

### CERTIFICATE OF SERVICE OF Loss Mitigation Order

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 15, 2020.

Brian Nicholas on behalf of Creditor PNC BANK NATIONAL ASSOCIATION
bnicholas@kmllawgroup.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** October 15, 2020

/s/ David Z. Valencik
**David Z. Valencik, Esquire**
**PA I.D. #308361**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**
**dvalencik@c-vlaw.com**