# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: VERONICA LOUISE HILL
- Case Number: 20-21541-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, NOVEMBER 19, 2020 11:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#14 - Final Confirmation of Plan Dated 6/15/2020 (NFC)
R / M #: 14 / 0

**Appearances:**

- Debtor: Peduto
- Trustee: Winnecour / Pail / Katz / DeSimone  Warmbrodt
- Creditor:

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ✓ Plan/Motion continued to 2/25/21 at 10:00.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

LMP pending

FILED
11/23/20 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

11/10/2021 11:54:47 AM