## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-21541-CMB |
| Veronica Louise Hill, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Veronica Louise Hill, | ) |
| **Movant,** | ) Related to:  Document No. 55 |
| **vs.** | ) |
| PNC Bank, N.A., | ) |
| **Respondent.** | ) |

### ORDER OF COURT

**AND NOW**, this 14th day of _____June_____, 2021, on motion of the Debtor, it is

hereby **ORDERED** that the Loan Modification Agreement between PNC Bank, N.A. and

the Debtor is approved with the following material terms:

A. **New Principal Balance**: The new principal balance now owed with respect to the Loan shall be $38,178.77 (the "New Principal Balance").

B. **Interest Rate**: The Debtor promises to pay the New Principal Balance plus interest. From the Effective Date of this Agreement, interest will be charged on the unpaid New Principal Balance at an annual rate equal to 3.25% for the life of Debtors' modified account.

C. **Down Payment**: There is no down payment required for this modification.

D. **New Monthly Payment**: The new **total** monthly payment amount will be $305.26. The itemized breakdown of the total monthly payment is as follows:
   i. Principal and Interest portion of payment = $142.23.
   ii. Tax and Insurance portion of payment = $163.03.

E. **Payment Term**: The first New Monthly Payment will be due on June 1, 2021, with all of the subsequent New Monthly Payments due on the first day of each month following this date and continuing until the maturity date on June 1, 2061.

**IT IS ORDERED**, that all other terms of the Loan Modification Agreement are approved;

**IT IS ORDERED**, that the executed Home Affordable Loan Modification Agreement is approved.

By the Court,

**Chief Judge Carlota M. Böhm**
**United States Bankruptcy Judge**

FILED
6/14/21 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-21541-CMB
Veronica Louise Hill                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: gamr                                Page 1 of 2
Date Rcvd: Jun 14, 2021                       Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Veronica Louise Hill, 1077 Flatwoods Road, Vanderbilt, PA 15486-1205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Veronica Louise Hill dvalencik@c-vlaw.com<br>cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Debtor Veronica Louise Hill mpeduto@c-vlaw.com<br>jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                    User: gamr                         Page 2 of 2
Date Rcvd: Jun 14, 2021                 Form ID: pdf900                     Total Noticed: 1
TOTAL: 5