**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 20-21541-CMB |
| Veronica Louise Hill., | ) **Chapter** 13 |
| **Debtor,** | ) |
| Veronica Louise Hill, | ) **Related Document No.** 72 |
| **Movant,** | ) **Hearing Date:** 02/09/23 @ 1:30 p.m. |
| vs. | ) **Response Due:** 01/30/23 |
| Discover Bank, | ) |
| **Respondent.** | ) **Document No.** 73 |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF Veronica Louise Hill FOR Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. §522(f)**

TO THE RESPONDENT(S):

***You are hereby notified that the Movant seeks an order affecting your rights or property.***

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **January 30, 2023**, *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

***You should take this Notice and the Motion to a lawyer at once.***

***A Zoom Video Conference Hearing*** will be held on **February 9, 2023, at 1:30 p.m.** before Judge Carlota M. Böhm via the ***Zoom Video Conference Application*** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. ***All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.***
Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No

witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

**Dated:** January 13, 2023                              **BY:** /s/ David Z. Valencik
                                                         **David Z. Valencik, Esquire**
                                                         **PA I.D. No. 308361**
                                                         **dvalenik@c-vlaw.com**
                                                         **CALAIARO VALENCIK**
                                                         **938 Penn Avenue, Suite 501**
                                                         **Pittsburgh, PA  15222-3708**
                                                         **(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 20-21541-CMB |
| Veronica Louise Hill., | ) **Chapter** 13 |
| **Debtor,** | ) |
| Veronica Louise Hill, | ) **Related Document No.** 72 |
| **Movant,** | ) **Hearing Date:** 02/09/23 @ 1:30 p.m. |
| **vs.** | ) **Response Due:** 01/30/23 |
| Discover Bank, | ) |
| **Respondent.** | ) **Document No.** 73 |

**CERTIFICATE OF SERVICE OF NOTICE OF Notice of Zoom Hearing and Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. §522(f)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 13, 2023.

Discover Bank/Discover Products, Inc.,ATTN: Sarah Irimies, Sr. Bankruptcy Specialist,P.O. Box 3025, New Albany, OH  43054, mrdiscpc@discover.com
Discover Financial Services, ATTN: Legal Subpoena Processing, 2500 Lake Cook Road, Riverwoods, IL 60015
Matthew D. Urban, Esquire, Weltman Weinberg & Reis Co., LPA, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219; murban@weltman.com
Discover Bank, 502 E. Market Street, Greenwood, DE 19950
Discover Bank, 800 Prides Crossing, Ste. 100, Newark, DE 19713
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail and/or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** January 13, 2023

/s/ David Z. Valencik
**David Z. Valencik, Esquire
PA I.D. No. 308361
dvalenik@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**