**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 20-21541-CMB |
| Veronica Louise Hill., | ) **Chapter** 13 |
| **Debtor,** | ) |
| Veronica Louise Hill, | ) **Related Document No.** 72-73 |
| **Movant,** | ) **Hearing Date:** 02/09/23 @ 1:30 p.m. |
| **vs.** | ) **Response Due:** 01/30/23 |
| Discover Bank, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. §522(f)
- Document No. 63**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. §522(f)** filed on January 13, 2023, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. §522(f)** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. §522(f)**were to be filed and served no later than January 30, 2023.

It is hereby respectfully requested that the Order attached to the **Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. §522(f)** be entered by the Court.

**DATED:** January 31, 2023

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire
PA I.D #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**