**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Bankruptcy No.** 20-21541-CMB |
| Veronica Louise Hill., ) | |
| **Debtor,** ) | **Chapter** 13 |
| Veronica Louise Hill, ) | |
| **Movant,** ) | **Related Document No.** 78 |
| **vs.** ) | |
| LNV Funding LLC, PNC Bank, N.A., ) | |
| Discover Bank, Capital One Bank ) | |
| (USA) NA,Fayette Waste LLC, ) | |
| Lendmark Financial Services LLC, ) | |
| Huntington National Bank ) | |
| S/B/M First Merit Bank, ) | |
| Internal Revenue Service and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| **Respondent.** ) | **Document No.** |

## PROPOSED CONSENT ORDER OF COURT

**AND NOW,** this ___ day of _____, 2023, upon motion of the Debtor, pursuant to sections 105 and 305 of the Bankruptcy Code and Bankruptcy Rule 1017 for entry of an order approving the Suspension of plan payments, as more fully set forth in the Motion, and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Motion need be provided; the Court having held a hearing to consider the relief requested; and the Court having found and determined that the relief sought in the Application and granted herein

is in the best interests of the Debtors and their creditors, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

It is hereby **ORDERED** that:

1. The Debtor's obligation to make plan payments pursuant to its Confirmed Amended Plan dated May 10, 2022, is suspended sixty (60) days.

2. The Debtor must file an amended plan to address two months of arrears due to the suspension.

3. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order, in accordance with the Motion.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

6. The Debtor may provide this Order to her employer as evidence of the wage attachment suspension.  No other Order is necessary to effectuate the suspension with Debtor's employer.

        **By the Court,**

_____
**Honorable Carlota M. Böhm
United States Bankruptcy Court**

**Consented to:**

/s/ James Warmbrodt
**James C. Warmbrodt, Staff Attorney**
**PA I.D. No. 42524**
[jwarmbrodt@chapter13trusteewdpa.com](mailto:jwarmbrodt@chapter13trusteewdpa.com)
**Office of the Chapter 13 Trustee**
**US Steel Tower, Suite 3250**
**600 Grant Street**
**Pittsburgh, PA  15219**
**(412) 471-5566**