**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 20-21541-CMB |
| Veronica Louise Hill., | ) |
| **Debtor,** | ) **Chapter** 13 |
| Veronica Louise Hill, | ) |
| **Movant,** | ) **Related Document No.** 80-78 |
| vs. | ) |
| LNV Funding LLC, PNC Bank, N.A., | ) **Hearing Date:** 03/29/23 @ 10:00 a.m. |
| Discover Bank, Capital One Bank | ) |
| (USA) NA, Fayette Waste LLC, | ) **Response Due:** 03/28/23 |
| Lendmark Financial Services LLC, | ) |
| Huntington National Bank | ) |
| S/B/M First Merit Bank, | ) |
| Internal Revenue Service and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Notice and Order Setting Expedited
Hearing and Debtor's Expedited Motion for an Order to
Suspend Plan Payments Pursuant to 11 U.S.C. §§ 105 and 305**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 21, 2023.

**SERVICE BY FEDEX AND E-MAIL:**
Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106; bnicholas@kmllawgroup.com (Attorney for PNC Bank, N.A.)

Matthew D. Urban, Esquire, Weltman Weinberg & Reis Co., LPA, 436 Seventh, Avenue, Suite 2500, Pittsburgh, PA 15219; murban@weltman.com (Attorney for Discover Bank)

Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118; POC_AIS@americaninforsource.com

United States Attorneys Office WD PA, Attn: Jill Locnikar, Esquire, Joseph F. Weis, Jr. US Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219; jill.locnikar@usdoj.gov

Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219; cmecf@chapter13trusteewdpa.com

Office of the United State Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222; ustpregion03.pi.ecf@usdoj.gov

**SERVICE BY FEDEX AND FAX:**
Lendmark Financial Services, 2118 Usher Street NW, Covington, GA 30014; Fax 770-788-7251

**SERVICE BY FIRST-CLASS MAIL AND E-MAIL:**
LVNV Funding LLC, PO Box 10587, Greenville, SC 29603; askbk@resurgent.com

Fayette Waste, LLC, P.O. Box 1086, Uniontown, PA 15401; info@fwllc.net

The Huntington National Bank S/B/M First Merit Bank, P.O. Box 89424, Cleveland, OH 44101-8539; bankruptcy@huntington.com

**SERVICE BY FIRST-CLASS MAIL AND FAX:**
Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128; Fax 717-783-4331

**SERVICE BY FIRST-CLASS MAIL: (NO E-MAIL OR FAX FOUND)**
Visa, P.O. Box 71083, Charlotte, NC 28272-1083
Veronica L. Hill, 1077 Flatwoods Road, Vanderbilt, PA 15486

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: FedEx and/or E-mail or Fax. (First-Class Mail on parties with a P.O. Box and/or E-mail or Fax).

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** March 21, 2023

/s/ David Z. Valencik
**David Z. Valencik, Esquire
PA I.D. #308361
dvalencik@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**