## THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 20-21541-CMB |
| Veronica Louise Hill, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Veronica Louise Hill | ) **Related Document No.** 78-82 |
| **Movant,** | ) **Response Due:** 03/28/23 |
| v. | ) **Hearing Date:** 03/29/23 @ 10:00 a.m. |
| | ) |
| LNV Funding LLC, PNC Bank, N.A., | ) |
| Discover Bank, Capital One Bank | ) |
| (USA) NA, Fayette Waste LLC, | ) |
| Lendmark Financial Services LLC, | ) |
| Huntington National Bank | ) |
| S/B/M First Merit Bank, | ) |
| Internal Revenue Service and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee | ) |
| **Respondents**. | ) |

### NOTICE OF WITHDRAWAL OF CERTIFICATION OF NO OBJECTION

The Debtor wishes to withdraw the Certificate of No Objection, filed March 28, 2023, at Document No. 82. The Certificate of No Objection was filed in error.

**Dated:** March 28, 2023

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire**
**PA I.D. No. 308361**
**dvalenik@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**