**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 20-21541-CMB |
| Veronica Louise Hill, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Veronica Louise Hill | ) **Related Document No.** 78-80 |
| **Movant,** | ) **Response Due:** 03/28/23 |
| v. | ) **Hearing Date:** 03/29/23 @ 10:00 a.m. |
| | ) |
| LNV Funding LLC, PNC Bank, N.A., | ) |
| Discover Bank, Capital One Bank | ) |
| (USA) NA, Fayette Waste LLC, | ) |
| Lendmark Financial Services LLC, | ) |
| Huntington National Bank | ) |
| S/B/M First Merit Bank, | ) |
| Internal Revenue Service and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee | ) |
| Respondents. | ) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**DEBTOR'S EXPEDITED MOTION FOR AN ORDER TO SUSPEND PLAN**
**PAYMENTS PURSUANT TO 11 U.S.C. §§ 105 AND 305**
**– Document No. 78**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtor's Expedited Motion for an Order to Suspend Plan Payments Pursuant to 11 U.S.C. §§ 105 and 305** filed on **March 21, 2023**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtor's Expedited Motion for an Order to Suspend Plan Payments Pursuant to 11 U.S.C. §§ 105 and 305** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtor's Expedited Motion for an Order to Suspend Plan Payments Pursuant to 11 U.S.C. §§ 105 and 305** were to be filed and served no later than **March 27, 2023.**

It is hereby respectfully requested that the Order attached to the **Debtor's Expedited Motion for an Order to Suspend Plan Payments Pursuant to 11 U.S.C. §§ 105 and 305** be entered by the Court.

**Dated:** March 29, 2023              **BY:** /s/ David Z. Valencik
                                        **David Z. Valencik, Esquire**
                                        **PA I.D. No. 308361**
                                        **dvalenik@c-vlaw.com**
                                        **CALAIARO VALENCIK**

**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

Case 20-21541-CMB    Doc 84    Filed 03/29/23    Entered 03/29/23 08:55:13    Desc Main
Document      Page 2 of 2