**PROCEEDING MEMO**

**Date: 03/29/2023 10:00 am**

In re:    Veronica Louise Hill

**Bankruptcy No. 20-21541-CMB**
**Chapter: 13**
**Doc. # 78**

**Appearances:    Andrew Pratt, Esq.**

**Nature of Proceeding: # 78 Expedited Application for Approval Motion for an Order to Suspend Plan Payments Pursuant to 11 U.S.C. 105 and 305**

**Additional Pleadings: #79 Proposed Consent Order**

**Outcome:  Hearing held.  Order entered**

Carlota Böhm
U.S. Bankruptcy Judge

FILED
3/29/23 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA