**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 20-21541-CMB |
| Veronica Louise Hill, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| _____ | ) |
| | ) **Related Document No.** 108-109 |
| Veronica Louise Hill, | ) |
|     **Movant,** | ) **Hearing Date:** January 8, 2025 at 1:30 p.m. |
| v. | ) **Responses Due:** December 30, 2024 |
| LVNV Funding, LLC, as Transferee to | ) |
| the claim previously held by Ally Bank, | ) |
|     **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO DETERMINE SECURED STATUS –**
**Document No. 108**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Determine Secured Status** filed on December 12, 2024, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Determine Secured Status** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Determine Secured Status** were to be filed and served no later than December 30, 2024.

It is hereby respectfully requested that the Order attached to the **Motion to Determine Secured Status** be entered by the Court.

**DATE:** December 31, 2024

**BY:** /s/ Andrew K. Pratt
**Andrew K. Pratt, Esq.**    **PA I.D. No. 328784**
**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Telephone:**  (412) 232-0930
**Fax:**        (412) 232-3858
**Email:**      [apratt@c-vlaw.com](mailto:apratt@c-vlaw.com)