IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Veronica Louise Hill,<br>    **Debtor,** | ) Bankruptcy Case No. 20-21541-CMB<br>)<br>) **Chapter** 13<br>) |
| Veronica Louise Hill,<br>    **Movant,**<br>v.<br>LVNV Funding, LLC, as Transferee to<br>the claim previously held by Ally Bank,<br>    **Respondent.** | ) Related to: Document No. 108<br>)<br>) **ENTERED BY DEFAULT**<br>)<br>)<br>)<br>) |

## ORDER ON MOTION TO DETERMINE SECURED STATUS

**AND NOW** this   2nd   day of     January    , 2025, upon consideration of the *Motion to Determine Secured Status* filed by the Debtor, and after notice and opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**:

1. The Motion is **GRANTED** as set forth herein.

2. For purposes of this Chapter 13 Bankruptcy and the confirmed Chapter 13 Plan, the value of the 2015 Ford Escape shall be $8,000.00.

3. The lien held by LVNV Funding, LLC that is secured by the 2015 Ford Escape is stripped down to the value of $8,000.00.

4. The Bankruptcy Court shall retain jurisdiction over the interpretation and enforcement of this Order.

By the Court:

*Carlota M. Böhm*   glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
1/2/25 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21541-CMB |
| Veronica Louise Hill | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jan 02, 2025      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Veronica Louise Hill, 1077 Flatwoods Road, Vanderbilt, PA 15486-1205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2025 02:48:51 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 04, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Veronica Louise Hill apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| David Z. Valencik | on behalf of Debtor Veronica Louise Hill dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 02, 2025 | Form ID: pdf900 | Total Noticed: 2 |

Denise Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5